# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-10845-RGK-AGR | Date | January 16, 2020 |
|---|---|---|---|
| Title | *Michelle Reyes v. CEC Entertainment, Inc., et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

On January 7, 2020 the Court issued an order provisionally remanding this action to state court as a result of procedural defects in the Notice of Removal. In its Order, the Court stayed the order remanding the action to provide plaintiff an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by January 9, 2020, if she objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the January 7, 2020 Order, this action is remanded in its entirety to state court.

IT IS SO ORDERED.